PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

Gatlin Ray Hardin                                      Docket No. 7:14-CR-88-2FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Robert K. Britt, probation officer of the court, presenting an official report upon the conduct of defendant, Gatlin R. Hardin, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court on the 6th day of April, 2015, under conditions of release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On Saturday, April 11, 2015, the defendant left his residence on six separate occasions while on location monitoring. The defendant had no approved leave time for that date. Additionally, on Sunday, April 12, 2015, he left again on three separate occasions with no approved leave for that date either.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 14, 2015

### ORDER OF COURT

Considered and ordered this 14th day of April, 2015, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge