UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14 cr 88 -FL- 2

UNITED STATES OF AMERICA

vs.

GATLIN RAY HARDIN

ORDER MODIFYING
JUDGMENT AND
PRESENTENCE REPORT

This matter is before the Court upon defendant's unopposed motion to modify the Judgment entered by this Court on October 23, 2015. Assistant United States Attorney Thomas Murphy consents to the entry of this order.

Finding good cause, and for the reasons set out in defendant's motion, the Court hereby modifies the Judgment previously entered in this case as follows:

(1) The Court grants a 1 month variance from defendant's advisory guideline sentence and sentences defendant to a term of 17 months incarceration.

(2) The Court directs that defendant's presentence report be modified to report that defendant was detained in federal custody between December 22, 2014 and April 6, 2015.

Except as specifically modified herein, all remaining conditions of the Court's original Judgment shall remain unchanged.

This the ___ day of November, 2015.

TERRENCE W. BOYLE
U. S. DISTRICT JUDGE