UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14 cr 88 -FL- 2

UNITED STATES OF AMERICA

vs.

GATLIN RAY HARDIN

ORDER MODIFYING JUDGMENT

This matter is before the Court upon defendant's unopposed motion to modify the Judgment entered by this Court on October 23, 2015. Assistant United States Attorney James Kurosad consents to the entry of this order.

Finding good cause, and for the reasons set out in defendant's motion, the Court hereby modifies the Judgment previously entered in this case as follows:

(1) The Court adjusts the sentence of imprisonment to a term of 14 months in order to provide credit for time served by defendant in state court custody from December, 2015 until the present;

(2) The Court directs that the sentence for the instant offense shall run concurrently with the remainder of defendant's state court term of imprisonment.

Except as specifically modified herein, all remaining conditions of the Court's original Judgment shall remain unchanged.

This the 4 day of April, 2016.

TERRENCE W. BOYLE
U. S. DISTRICT JUDGE