UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Gatlin Ray Hardin**                                    **Docket No. 7:14-CR-88-2FL**

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gatlin Ray Hardin, who, upon an earlier plea of guilty to 18 U.S.C. §§§ 922(u), 924(i)(1) and 2, Theft of Firearms from a Federally Licensed Firearms Dealer and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 23, 2015, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On November 2, 2015, the term of imprisonment was reduced to 17 months. On April 4, 2016, the term of imprisonment was further reduced to 14 months. Gatlin Ray Hardin was released from custody on August 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 19, 2016, the defendant submitted a urine specimen which tested positive for cocaine and oxycodone. The defendant admitted that he used cocaine and oxycodone. The defendant is currently in state custody, serving a 90-day jail term as a sanction for violation of his state parole. To address this violation, we recommend adding a drug treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Eddie J. Smith                              /s/ Thomas E. Sheppard
Eddie J. Smith                                  Thomas E. Sheppard
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-354-2541
                                                Executed On: November 08, 2016

**Gatlin Ray Hardin**
**Docket No. 7:14-CR-88-2FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____8th____ day of ____November____, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge